IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD JOHN SUNDSMO,

      Plaintiff,

v.

KEVIN CALKINS, DEREK BURCH,
MIKE PICHLER, MARK R. SCHAUF,
RYAN LABROSCIAN, and ELENA LEON,

      Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-2-jdp

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) dismissing plaintiff's Fourth Amendment claims against Mike Pichler, Mark R. Schauf, Ryan Labroscian;

      (2) dismissing plaintiff's state law claims against Mike Pichler, Mark R. Schauf, Ryan Labroscian without prejudice for plaintiff's failure to comply with Wisconsin's notice of claim statute; and

      (3) granting summary judgment in favor of defendants Elena Leon and Kevin Calkins and Derek Burch and dismissing this case.

| /s/ | 2/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |